**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| Plaintiff,     ) | |
| v.     ) | CAUSE NO.: 2:08-CR-153-RL-PRC |
| ) | |
| THOMAS RICHARD ROWLAND,     ) | |
| Defendant.     ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT THOMAS RICHARD ROWLAND

TO:   THE HONORABLE RUDY LOZANO, JUDGE,
       UNITED STATES DISTRICT COURT

Upon Defendant Thomas Richard Rowland's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on December 10, 2008, with the consent of Defendant Thomas Richard Rowland, counsel for Defendant Thomas Richard Rowland, and counsel for the United States of America.

The hearing on Defendant Thomas Richard Rowland's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Thomas Richard Rowland under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Thomas Richard Rowland,

I FIND as follows:

(1) that Defendant Thomas Richard Rowland understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Thomas Richard Rowland understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Thomas Richard Rowland understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Thomas Richard Rowland understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Thomas Richard Rowland has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Thomas Richard Rowland is competent to plead guilty;

(6) that Defendant Thomas Richard Rowland understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Thomas Richard Rowland's plea; and further,

I RECOMMEND that the Court accept Thomas Richard Rowland's plea of guilty to the offense charged in Count I of the Indictment and that Defendant Thomas Richard Rowland be adjudged guilty of the offense charged in Count I of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Thomas Richard Rowland be adjudged guilty, sentencing will be held **March 6, 2009, at 12:30 p.m.** in the Hammond Division, before Judge Rudy Lozano. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 10th day of December, 2008.

                                              s/ Paul R. Cherry
                                              MAGISTRATE JUDGE PAUL R. CHERRY
                                              UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Honorable Rudy Lozano